UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

AUG 18 2025

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO: 2:25-00003  DT |
| v. ) | |
| ) | |
| ) | |
| HEMAL V. MEHTA, M.D. ) | 18 U.S.C. § 1035 |

INFORMATION

THE UNITED STATES CHARGES:

At all times material to this Information:

1. The Defendant **HEMAL V. MEHTA, M.D.** was a medical doctor, licensed under number 38517 by the State of Tennessee Department of Health, since March 2, 2004.

2. Heather L. Marks was an advanced practice registered nurse and nurse practitioner licensed to practice in the state of Tennessee, and held a registration number with the Drug Enforcement Administration ("DEA"), which permitted her, when appropriately supervised, to prescribe controlled substances.

3. The Tennessee Department of Health ("DOH"), Division of Health Related Boards promulgated certain rules and regulations governing the supervision of nurse practitioners who wrote prescriptions for controlled substances.

4. Blue Cross Blue Shield of Tennessee ("BCBST") was a "health care benefit program," as defined in Title 18, United States Code, Section 24(b).

5. The Medicare Program ("Medicare") was a federally funded health insurance program, affecting commerce, that provided benefits to individuals who were 65 years of age or older, and to certain disabled persons. Medicare was also a "health care benefit program," as defined in Title 18, United States Code, Section 24(b).

6. On or about June 16, 2017, in connection with prescriptions for controlled substances issued by Marks on which Defendant was identified as the supervising physician, and for which BCBST, Medicare, and other health care benefit programs had reimbursed claims for the prescribed controlled substances, an investigator from the DOH, Office of Investigations asked Defendant about his supervision of Marks. Defendant told the investigator that Defendant reviewed and signed off on 100% of Marks' records daily, including 100% of records involving the prescription of a controlled substance.

## COUNT 1

7. Paragraphs 1 through 6 are re-alleged and incorporated by reference as though fully set forth herein.

8. On or about June 16, 2017, in the Middle District of Tennessee, **HEMAL V. MEHTA, M.D.,** in connection with the delivery of and payment for health care benefits, items, and services, and in a matter involving Blue Cross Blue Shield of Tennessee, Medicare, and other health care benefit programs affecting commerce, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, knowing the same to contain materially false, fictitious, and fraudulent statements, to wit, Defendant represented to an investigator of the DOH, Office of Investigations that Defendant reviewed and signed off on 100% of Marks' records daily, including 100% of records involving the prescription of a controlled substance, when he did not in fact do so.

In violation of Title 18, United States Code, Section 1035.

ROBERT E. MCGUIRE
Acting United States Attorney
Middle District of Tennessee

LORINDA I. LARYEA
Acting Chief
Criminal Division, Fraud Section
United States Department of Justice

*/s/ James V. Hayes*
JAMES V. HAYES
Assistant Chief
LAUREN R. RANDELL
Trial Attorney
Criminal Division, Fraud Section
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20530
James.Hayes@usdoj.gov
Lauren.Randell@usdoj.gov

3